## Hyland et al., Appellants, *v.* Krause.

Argued June 16, 1967. *Joseph H. Stanziani,* with him *Donald M. Collins,* and *Waters, Fleer, Cooper & Gallager,* for appellants; *Victor J. Roberts,* with him *Walton*

*Coates,* and *High, Swartz, Roberts & Seidel,* for appellee.

Order affirmed.